UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| SHAWN GRADNEY and DANA GRADNEY, | § § § § | |
| Plaintiffs. | § | Case Number: 6:20-cv-131 – ADA-JCM |
| v. | § § § | |
| GIGG EXPRESS, INC., and Palwinder SINGH, | § § | |
| Defendants. | § | |

### Notice of Settlement and Impending Dismissal

Plaintiffs, Shawn and Dana Gradney, notify the Honorable Court that the parties agreed to settlement terms and that they anticipate filing a motion to dismiss within a few weeks. Thus, plaintiffs suggest that the Honorable Court should remove this matter from its trial docket for the week of May 16, 2022 and any pre-trial hearings and conferences.

Respectfully submitted,

GLENN ARMENTOR LAW CORPORATION

/s/ Tracy Curtis
Tracy P. Curtis
Texas Bar No. 24026210
300 Stewart Street
Lafayette, LA 70501
(337) 233-1471
Fax: (337) 233-5655
tcurtis@glennarmentor.com
*Attorneys for Plaintiffs*

### Service Certificate

Today, I served a copy of this pleading on all parties through counsel of record or directly on any *pro se* party through the electronic filing system and in keeping with the Federal Rules of Civil Procedure.

Lafayette, Louisiana this 26th day of April 2022.

/s/ Tracy Curtis
Tracy P. Curtis (24026210)